**Electronically Filed
Supreme Court
SCWC-14-0000840
13-NOV-2015
10:04 AM**

SCWC-14-0000840

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

BRANDETTE K. RAMOS-LABENIA,
Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-14-0000840; CASE NO. 1DCW-12-000335)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Brandette K. Ramos-Labenia's application for writ of certiorari filed on October 11, 2015, is hereby rejected.

DATED: Honolulu, Hawaiʻi, November 13, 2015.

Tae W. Kim
for petitioner

Stephen K. Tsushima
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

